UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| EMELITA AYOS, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:23-CV-12-CHB-HAI |
| | ) | |
| v. | ) | |
| | ) | |
| TRG HOLDINGS G&H, LLC, *et al.*, | ) | |
| | ) | ORDER |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

On January 30, 2023, Plaintiff Emelita Ayos, M.D., through counsel, moved for leave to file an order from the Perry Circuit Court regarding Defendants' motion to quash subpoenas. D.E. 12. Defendants did not filed a response.

On February 10, 2023, Defendants, through counsel, filed a motion to strike an order authored by Judge Wier in *Patel v. Gram Resources, Inc.*, No. 6:21-CV-141-REW-HAI attached to Plaintiff's motion to remand. D.E. 17. Plaintiff responded in opposition (D.E. 20), but Defendants did not reply. Defendants argue that the order is misleading because the plaintiff in *Patel* was a citizen of Kentucky and Plaintiff in this case is a citizen of Pennsylvania. *Id.* at 2. Defendants' argument is unavailing. Judge Wier directly addressed the precise issue present in this matter: the citizenship of Defendants Hazard Radiology Associates, Inc., and Gram Resources, Inc. D.E. 10-7.

Accordingly, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for leave to file a document (D.E. 12) is **GRANTED**. **IT IS FURTHER ORDERED THAT** Defendants' motion to strike (D.E. 17) is **DENIED**.

1

This the 13th day of April, 2023.

Signed By:

*Hanly A. Ingram*

United States Magistrate Judge