UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| EMELITA AYOS, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:23-CV-12-CHB-HAI |
| | ) | |
| v. | ) | |
| | ) | |
| TRG HOLDINGS G&H, LLC, *et al.*, | ) | |
| | ) | ORDER |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

*** *** *** ***

On May 3, 2023, District Judge Boom adopted the undersigned's Report and Recommendation that this matter should be remanded back to state court. D.E. 29. The Court retains jurisdiction over Plaintiff's motion for attorney's fees and sanctions, which Judge Boom referred to the undersigned for any further necessary proceedings. *Id.*

As indicated in the Report and Recommendation, attorney's fees and sanctions are appropriate in this case. D.E. 28 at 5-6. However, Plaintiff's motion does not specify the amount of costs and attorney's fees requested. The motion also fails to identify the sanctions sought or supporting authority for the request.

Accordingly**, IT IS HEREBY ORDERED THAT** Plaintiff **SHALL** file an itemization of just costs and actual expenses, including attorney's fees, incurred in connection with the removal and remand of this action **on or before Thursday, May 25, 2023.** In the same filing, Plaintiff **SHALL** supplement her motion for sanctions and identify with particularity authority that supports her request and the sanctions sought, as required by Joint Local Rule 7.1(a). If Defendants object

1

to the amount of costs claimed or the sanctions sought by Plaintiff, they **SHALL** file written objections **within ten days** of service of Plaintiff's itemized costs and sanctions supplement.

This the 4th day of May, 2023.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge