# **<u>Exhibit 1</u>**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| Emelita Ayos, MD | ) |
| | ) |
| Plaintiff | ) 6:23-cv-12-CHB-HAI |
| | ) |
| v. | ) |
| | ) AFFIDAVIT IN SUPPORT |
| | ) OF FEE AWARD |
| THE RADIOLOGY GROUP, LLC, | ) |
| et al. | ) |
| | ) |
| Defendants | ) |

Daniel Luke Morgan, being duly sworn, states as follows:

1. I am an attorney with McBrayer PLLC ("McBrayer") and am licensed to practice law in the Commonwealth of Kentucky and have been admitted to practice in the Eastern District of Kentucky. I am over the age of 18 and have personal knowledge of the statements made herein.

2. McBrayer was hired by Plaintiff to represent her in claims made against Defendants for failing to pay Plaintiff's wages among other issues. Suit was filed in Perry County Circuit Court in January 2022.

3. I am the lead attorney at McBrayer on this action and oversee the work of others at McBrayer in representing Plaintiff.

4. This Court has deemed an award of sanctions to be appropriate [D.E. 28, at 5-6] and has ordered Plaintiff "to file an itemization of just costs and actual expenses, including attorney's fees, incurred in connection with the removal and remand of this action[.]" [D.E. 30, at 1]

5. Pursuant to the Court's Orders, I have assembled McBrayer billing records in this case since December 2022, when Plaintiff filed her Answer to Defendants' Requests for

Admissions which were used by Defendants to claim they did not know Plaintiff was seeking more than $75,000. Defendants and Defense Counsel used these admissions as a basis to remove the action.

6.  **Exhibit A** is attached to this Affidavit and contains unrevised time entries related to the removal of this action to federal court and McBrayer's efforts to remand it to state court (the "Removal and Remand Effort"). I have redacted those portions of the billing records which do not pertain to the Removal and Remand Efforts, e.g. preparation for and conduct of a deposition and other ancillary discovery matters.

7.  Exhibit A shows that $28,469.50 has been incurred by Plaintiff in legal fees related to the Removal and Remand Efforts to date. I am familiar with hourly rates charged by lawyers in Lexington, Kentucky, and the rates charged by McBrayer are comparable to others with a similar level of experience at similar sized law firms in Lexington.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Daniel Luke Morgan

COMMONWEALTH OF KENTUCKY )
)
COUNTY OF Fayette )

The foregoing Affidavit was subscribed, sworn to and acknowledged before me by Daniel Luke Morgan this the 19 day of May, 2023.

_____
Lydia K. Tharp
NOTARY PUBLIC, STATE AT LARGE, KENTUCKY

My Commission Expires: 08/26/2025
Notary ID: KYNP35799

# Exhibit A

```
BIM300T   R2 BIM                           McBrayer PLLC                    BIM RUN# ... 0044225         Page ..........     1
Date .........   5/19/23                BILLING INFORMATION MEMO

Requ Attorney..  0219 Morgan, D. Luke           27958 000 Ayos, Emelita                    BIM#:            00511035
N Orig Attorney  0219 Morgan, D. Luke                     1 Employment Problems            Time: 12/01/2022 5/19/2023
N Bill Attorney  0219 Morgan, D. Luke                       Opened Date.... 1/11/2022      Cost: 12/01/2022 5/19/2023
N Resp Attorney  0219 Morgan, D. Luke                                       Litigation
N Rept Attorney  9999 9999                              Contingency                              Time by Prd/Year: N
N Othr Attorney  9999 9999                              BQELC                                    Cost by Prd/Year: N
=============================================================================================================

Emelita Ayos                                                  Employment Problems with The Radiology
3411 Stonegate Drive                                          Group; Gram Resources and Hazard
Center Valley, PA                                             Radiology
                                              Billing Type    C  -Contingency

                                                                           BILL TIME & EXPENSES              [ ]
                                                                           BILL EXPENSES ONLY/HOLD TIME      [ ]
                                                                           HOLD BIMS TILL NEXT MONTH         [ ]
                                                                           WRITE OFF ENTIRE BIM              [ ]

=========================================================> T I M E <=========================================================
                                                                     Billable
          Wkng        Actv                                           Hours      Rate       Value     Non-Chrg. Group# /Item#
 - Date - Atty Task   Code  Description
=============================================================================================================================

12/19/2022 DLM                  Draft and file answers to admissions   1.20     350.00     420.00              66933     501
```

```
BIM300T   R2 BIM                          McBrayer PLLC                    BIM RUN#  ... 0044225          Page ..........   2
Date ........    5/19/23                BILLING INFORMATION MEMO                                          BIM#:            00511035
                                                                                                          Time: 12/01/2022  5/19/2023
Requ Attorney.. 0219 Morgan, D. Luke         27958 000 Ayos, Emelita                                      Cost: 12/01/2022  5/19/2023
N Orig Attorney 0219 Morgan, D. Luke               1     Employment Problems
N Bill Attorney 0219 Morgan, D. Luke                     Opened Date..... 1/11/2022    Litigation
N Resp Attorney 0219 Morgan, D. Luke                    Contingency                                       Time by Prd/Year:  N
N Rept Attorney 9999 9999                                BQELC                                            Cost by Prd/Year:  N
N Othr Attorney 9999 9999
================================================================================================================================
                        Wkng  Actv                                 <============= T I M E =============>
                                                                   Billable
 - Date  -  Atty Task   Code  Description                            Hours     Rate      Value    Non-Chrg. Group#  /Item#

 1/03/2023  DLM               Review, research and begin drafting     2.70    375.00   1,012.50              67343    17
                              response to motion to quash subpoena

 1/04/2023  DLM               Research and work on response to motion 2.80    375.00   1,050.00              67343    28
                              to quash

 1/05/2023  DLM               Complete research and initial draft of  2.70    375.00   1,012.50              67343    66
                              response to motion to quash

 1/06/2023  BLD               Review of Draft Response to Motion to    .70    275.00     192.50              67068     5
                              Squash Subpoena and suggested revisions

 1/09/2023  DLM               Research CR 26, revise pleading         1.20    375.00     450.00              67343   153
                              accordingly

 1/10/2023  DLM               Complete research and revisions to      2.30    375.00     862.50              67343   185
                              response to motion to quash

 1/10/2023  BLD               Review of revisions to Plaintiff's       .40    275.00     110.00              67068    19
                              Response to Motion to Quash Subpoena and
                              proposed Order

 1/11/2023  DLM               Research, draft and file objection to   2.40    375.00     900.00              67343   958
                              continue motion to quash

 1/13/2023  DLM               Participate in hearing, draft and       4.80    375.00   1,800.00              67343   347
                              circulate Order

 1/18/2023  DLM               Research and review motion to remove to 1.20    375.00     450.00              67343   421
```

```
BIM300T   R2 BIM                         McBrayer PLLC                BIM RUN# ... 0044225       Page ..........   3
Date ........ 5/19/23                 BILLING INFORMATION MEMO

Requ Attorney.. 0219 Morgan, D. Luke     27958 000 Ayos, Emelita                 BIM#:             00511035
N Orig Attorney 0219 Morgan, D. Luke            1 Employment Problems           Time: 12/01/2022  5/19/2023
N Bill Attorney 0219 Morgan, D. Luke              Opened Date.... 1/11/2022     Cost: 12/01/2022  5/19/2023
N Resp Attorney 0219 Morgan, D. Luke            Contingency              Litigation
N Rept Attorney 9999 9999                       BQELC                                     Time by Prd/Year:   N
N Othr Attorney 9999 9999                                                                 Cost by Prd/Year:   N
=====================================================       T I M E   <================================================
                    Wkng      Actv                                 Billable
  - Date -   Atty   Task      Code    Description                  Hours     Rate       Value    Non-Chrg. Group# /Item#

 1/18/2023   BLD                      Review and analysis of Defendant's        .50   275.00      137.50         67202   10
                                      Notice of Removal in preparation of
                                      drafting Motion to Remand

 1/19/2023   DLM                      Review filings by defendant, work on     2.30   375.00      862.50         67343  460
                                      motion to remand

 1/19/2023   BLD                      Drafting of Motion for Remand            3.50   275.00      962.50         67202   11
 1/20/2023   DLM                      Research and draft motion to remand      4.70   375.00    1,762.50         67343  974
 1/20/2023   BDS                      Review court pleadings to determine many 1.00   175.00      175.00         67343  566
                                      instances when Plaintiff inferred she
                                      was seeking damages exceeding $75,000;
                                      create spreadsheet.

 1/23/2023   DLM                      Research, review, revise and file motion 5.20   375.00    1,950.00         67343  553
                                      for remand, follow up communication with
                                      client

 1/23/2023   BDS                      Review and revise Motion to Remand;      1.00   175.00      175.00         67343  565
```

```
BIM300T   R2 BIM                                McBrayer PLLC                    BIM RUN# ... 0044225              Page ........     4
Date .........   5/19/23                                                                         BIM#:                                00511035
                                            BILLING INFORMATION MEMO                             Time:  12/01/2022              5/19/2023
                                                                                                 Cost:  12/01/2022              5/19/2023
Requ Attorney.. 0219  Morgan, D. Luke         27958 000 Ayos, Emelita
N Orig Attorney 0219  Morgan, D. Luke               1  Employment Problems
N Bill Attorney 0219  Morgan, D. Luke                  Opened Date..... 1/11/2022     Litigation
N Resp Attorney 0219  Morgan, D. Luke                                Contingency                         Time by Prd/Year: N
N Rept Attorney 9999  9999                                              BQELC                            Cost by Prd/Year: N
N Othr Attorney 9999  9999
======================================================================================================================================
                       Wkng         Actv                                  <==============  T I M E  ==============>
 - Date -   Atty Task  Code  Description                                   Billable    Rate       Value       Non-Chrg. Group# /Item#
                                                                            Hours

 1/27/2023  JRH              Review and analyze issues related to              .30   265.00       79.50                 67346    243
                             federal court jurisdiction with Attorney
                             Luke Morgan.

 1/30/2023  DLM              Research, draft and file motion to              1.20    375.00      450.00                 67343    846
                             supplement record

 2/06/2023  DLM              Research, draft and file CR 16 motion,          1.30    375.00      487.50                 67935      4
                             follow up communications with court

 2/06/2023  BDS              Review background, legal actions and            2.00    175.00      350.00                 67934    292
                             license status for Lalaji in each state
                             noting any discipline or loss of
                             privileges.

 2/06/2023  BLD              Review of Rule 16 motion                         .30    275.00       82.50                 67481     15

 2/07/2023  BDS              Pull notes and compare findings to              1.00    175.00      175.00                 67934    293
                             Lalaji statements in deposition; draft
                             email to L. Morgan and attach documents.

 2/09/2023  DLM              Multiple communications with court               .60    375.00      225.00                 67935     13
                             regarding scheduling hearing, research
                             and respond to defense statements
```

```
BIM300T   R2 BIM                        McBrayer PLLC            BIM RUN# ... 0044225          Page ..........   5
Date .........  5/19/23                BILLING INFORMATION MEMO

Requ Attorney.. 0219 Morgan, D. Luke          27958 000 Ayos, Emelita              BIM#:              00511035
N Orig Attorney 0219 Morgan, D. Luke                    1 Employment Problems      Time: 12/01/2022   5/19/2023
N Bill Attorney 0219 Morgan, D. Luke                      Opened Date.... 1/11/2022 Cost: 12/01/2022  5/19/2023
N Resp Attorney 0219 Morgan, D. Luke               Contingency            Litigation
N Rept Attorney 9999 9999                          BQELC                               Time by Prd/Year:   N
N Othr Attorney 9999 9999                                                              Cost by Prd/Year:   N
==================================================> T I M E <=========================================================
                Wkng      Actv                                          Billable
 - Date -       Atty Task Code Description                              Hours   Rate    Value   Non-Chrg. Group# /Item#

 2/10/2023      DLM             Draft and file motion requesting          .80  375.00   300.00           67935    29
                                extension of time to conduct 26(f) conf
                                per court's order

 2/13/2023      DLM             Research, draft and file reply to        4.60  375.00  1,725.00          67935    38
                                response to motion to remand

 2/13/2023      DLM             Review, research, draft and file         1.80  375.00   675.00           67935    39
                                response to motion to strike

 2/13/2023      BDS             Review and note disclosures from         1.20  175.00   210.00           67934   118
                                Advocate.

 2/15/2023      BDS             Review PDF disclosures from Advocate for 2.30  175.00   402.50           67934   260
```

```
BIM300T   R2 BIM                           McBrayer PLLC                        BIM RUN# ... 0044225         Page ..........     6
Date ........  5/19/23                                                                           BIM#:                        00511035
                                        BILLING INFORMATION MEMO                                 Time: 12/01/2022              5/19/2023
Requ Attorney.. 0219 Morgan, D. Luke        27958 000 Ayos, Emelita                              Cost: 12/01/2022              5/19/2023
N Orig Attorney 0219 Morgan, D. Luke              1     Employment Problems
N Bill Attorney 0219 Morgan, D. Luke                    Opened Date.... 1/11/2022   Litigation
N Resp Attorney 0219 Morgan, D. Luke       Contingency                                                        Time by Prd/Year: N
N Rept Attorney 9999 9999                  BQELC                                                              Cost by Prd/Year: N
N Othr Attorney 9999 9999
=================================================  T I M E  <================================================================
                  Wkng       Actv                                   Billable
 - Date -  Atty   Task       Code   Description                     Hours    Rate        Value      Non-Chrg. Group# /Item#

                                    any support to client's case and update
                                    notes; email to L. Morgan about same.

 2/17/2023 DLM                      Review and research motion to withdraw    2.30    375.00       862.50                67935      287
 2/19/2023 DLM                      Research and write response to motion to  3.20    375.00     1,200.00                67935       55
                                    withdraw
 2/20/2023 DLM                      Follow up research and revisions to       3.20    375.00     1,200.00                67935       58
                                    response to motion to withdraw, follow
                                    up with client
 2/20/2023 BLD                      Review of Objection to Withdraw from       .40    275.00       110.00                67753       19
                                    Counsel Response
 2/21/2023 DLM                      Review, revise and file response to        .50    375.00       187.50                67935       67
                                    motion to withdraw
 2/22/2023 DLM                      Prepare for and participate in hearing     .50    375.00       187.50                67935       71
 4/17/2023 JSB                      Consider magistrate recommendations;       .70    225.00       157.50                69166       95
                                    communications with Luke Morgan
                                    regarding same.
 5/03/2023 DLM                      Review order of court and research        1.00    375.00       375.00                69438       18
                                    issues related to sanctions
 5/05/2023 JSB                      Email communications with Luke Morgan      .20    225.00        45.00                69388        1
```

```
BIM300T   R2 BIM                           McBrayer PLLC                   BIM RUN# .... 0044225           Page ..........   7
Date ........ 5/19/23                                                      BIM#:
                                        BILLING INFORMATION MEMO           Time: 12/01/2022              00511035
Requ Attorney..  0219 Morgan, D. Luke       27958 000 Ayos, Emelita        Cost: 12/01/2022               5/19/2023
N Orig Attorney  0219 Morgan, D. Luke           1   Employment Problems                                   5/19/2023
N Bill Attorney  0219 Morgan, D. Luke               Opened Date..... 1/11/2022      Litigation
N Resp Attorney  0219 Morgan, D. Luke        Contingency                                        Time by Prd/Year: N
N Rept Attorney  9999 9999                   BQELC                                              Cost by Prd/Year: N
N Othr Attorney  9999 9999
==============================================================>  T I M E  <========================================================
                     Wkng       Actv                                  Billable
 - Date -  Atty      Task       Code    Description                   Hours     Rate       Value      Non-Chrg.  Group# /Item#

                                        regarding reasonable attorney fees and
                                        other sanctions.

 5/05/2023  JSB                         Email communications with DLM regarding   .20    225.00       45.00              69445    1
                                        Order of Court for sanctions.

 5/08/2023  JSB                         Consider appropriate sanctions in light  1.40    225.00      315.00              69388    2
                                        of Ct. Order.

 5/15/2023  DLM                         Research state court pleadings for       1.70    375.00      637.50              69438   33
                                        sanction motion

 5/15/2023  JSB                         Consider appropriate sanctions in light  1.50    225.00      337.50              69388   10
                                        of Ct. Order and draft email to Luke
                                        Morgan regarding the same.

 5/16/2023  REM                         Review and revise response              1.00    400.00      400.00              69421   99

 5/16/2023  DLM                         Work on statement regarding sanctions,  5.40    375.00    2,025.00              69438   32
                                        research sanction law and course of
                                        events

 5/16/2023  JSB                         Email communications with Luke Morgan    .50    225.00      112.50              69388    9
                                        regarding recent pleadings; consider the
                                        same.

 5/19/2023  DLM                         Finalize pleading and file              2.20    375.00      825.00              69444    6
```