# **Exhibit 3**

**Interrogatory No. 7**.  Was any agreement alleged in the pleadings terminated by mutual agreement, release, accord and satisfaction, or novation? If so, identify each agreement and/or agreement terminated, the date of the termination, and the basis of the termination.

**Answer**: No agreements in this action were terminated by mutual agreement, release, accord and satisfaction, or novation

**Interrogatory No. 8**.  Do you contend that your failure to respond to and execute the proffered Separation Agreement and General Release under the Independent Contractor Agreement of the Companies was excused? If so, state in detail the factual basis for why you believe your failure to execute was excused.

**Answer**: Please see Complaint in context.

**Interrogatory No. 9**.  With respect to any and all damages for which you seek to recover from the Defendants on your Complaint, set forth in detail each and every item and category of damages you seek, and set forth in detail the method and manner by which you calculated such dollar amount on each such item.

**Answer**: Compensatory damages – Plaintiff continues to seek records from Defendants' billers which will provide better clarity on how much she is truly owed by Defendants;
Pain and suffering – because of Defendants' negligence per se, Plaintiff is entitled to a jury's decision on the valuation of Defendants' violation of KRS 514.070. This value is to be determined by a jury, however, Plaintiff values her pain and suffering no less than $250,000;
Economic harm - because of Defendants' negligence per se, Plaintiff is entitled to a jury's decision on the valuation of Defendants' violation of KRS 514.070. This value is to be determined by a jury, however, Plaintiff values her economic harm at no less than $250,000;
Attorney fees – under KRS 337, KRS 446.070, KRS 411.184 and 186, as well as the inherent authority of the Court, Plaintiff will seek full compensation for her attorney's fees which stand at more than $42,000 as of this date;
Punitive damages – under KRS 411.184 and 186, Plaintiff is entitled to treble damages for Defendants' prior and continuing misconduct as detailed in the Complaint, as well as expressed in repeated motions for discovery and sanctions.

**Interrogatory No. 10**.  Are you a party to any insurance agreement under which any entity carrying on an insurance business may be liable to satisfy part or all of a judgment that may be entered in this action or to indemnify or reimburse you for payments made to satisfy any judgment? If yes, please identify the insurer(s), the effective dates, the policy limits, the insured(s) and whether the counterclaims underlying this matter have been tendered to the insurer and whether the insurer has reserved any rights in connection with the claims (and if so, identify what rights are being reserved and upon what grounds the insurer purports to do so).

**Answer**:  No.