UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| **Emelita Ayos, MD** | ) | |
| | ) | |
| **Plaintiff** | ) | **6:23-cv-12-CHB-HAI** |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **THE RADIOLOGY GROUP, LLC,** | ) | |
| **et al.** | ) | |
| | ) | |
| **Defendants** | ) | |

Upon statement of Plaintiff and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED THAT Defendants and the law firm of Quintairos, Prieto, Wood & Boyer, P.A., shall jointly and severally pay Plaintiff a total of $56,939.00 for Plaintiff's costs incurred in addressing Defendants and Defense Counsel improper conduct in the present action.