# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| EMELITA AYOS, M.D. ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No: 6:23-cv-00012-CHB-HAI |
| VS. ) | |
| ) | |
| ) | |
| THE RADIOLOGY GROUP, LLC, ) | |
| GRAM RESOURCES, INC., ) | |
| HAZARD RADIOLOGY ASSOCIATES, INC. ) | *ELECTRONICALLY FILED* |
| TRG HOLDINGS G&H, LLC, ) | |
| and ) | |
| ANAND LALAJI, M.D. ) | |
| ) | |
| Defendants ) | |

## MOTION TO STRIKE EXHIBITS FIVE AND SIX OF PLAINTIFF'S STATEMENT REGARDING SANCTIONS
\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

Come now the defendants, The Radiology Group, LLC, Gram Resources, Inc., Hazard Radiology Associates, Inc., TRG Holdings G&H, LLC, and Anand Lalaji, M.D., by and through counsel, and herewith move this Court to strike Exhibit 5 and Exhibit 6 from the plaintiff's Statement Regarding Sanctions [D.E. 31]. Exhibits 5 and 6 relate to Motions that are pending in a wholly unrelated case involving separate plaintiffs from the plaintiff in the herein action. Neither of the Motions described in Exhibits 5 and 6 have been ruled upon by the Perry Circuit Court Special Judge presiding over the case and both Motions are vigorously opposed and contested.

Attached to this Motion and marked as Exhibits 1 and 2 are two (2) separate Affidavits of Dr. Anand Lalaji M.D. responding to and disputing the various motions for sanctions. As the

state court has not ruled upon either of the matters described in Exhibits 5 and 6 to the plaintiff's Statement Regarding Sanctions (D.E. 31) and as the matters are substantially contested and vigorously opposed, the defendants submit that it would be improper for this Court to even consider any such matters in assessing whether to impose sanctions in the matter sub judice.

        Respectfully submitted,

HAMM, MILBY & RIDINGS, PLLC
120 NORTH MAIN STREET
LONDON, KY 40741
EMAIL: aaron@hmrkylaw.com
PHONE: 606-864-4126
FAX: 606-878-8144
*Counsel for defendants, Gram Resources, Inc; Hazard Radiology Associates, Inc.; Anand Lalaji, M.D.; TRG Holdings G & H, LLC; and The Radiology Group, LLC*

BY: /s/ R. Aaron Hostettler
    HON. R. AARON HOSTETTLER
    HON. JAMES MILBY RIDINGS
    HON. KELSEY LEE BRYANT

CERTIFICATE OF SERVICE:

    I hereby certify that the foregoing was electronically filed with the Clerk of the Court by using the E-filing system and that a true and accurate copy of the foregoing has been served via the E-filing system and/or via first class U.S. Mail on the following:

COPIES TO:

Hon. Robert E. Maclin III
Hon. Lisa English Hinkle
Hon. Luke Morgan
McBrayer, PLLC
201 East Main Street, Suite 900
Lexington, KY 40507

This 24th day of May 2023.

/s/ R. Aaron Hostettler
OF COUNSEL FOR DEFENDANTS

COMMONWEALTH OF KENTUCKY
33rd JUDICIAL DISTRICT
PERRY CIRCUIT COURT
CIVIL ACTION NO. 21-CI-00221
*SPECIAL JUDGE HON. KIMBERLY CHILDERS*

**_ELECTRONICALLY FILED_**

ASHOKKUMAR R. PATEL, M.D.
and MAHENDER PAMPATI, M.D.    PLAINTIFFS

VS.

GRAM RESOURCES, INC.;
HAZARD RADIOLOGY ASSOCIATES, INC.;
ANAND LALAJI, M.D.; TRG HOLDINGS G & H, LLC;
THE RADIOLOGY GROUP, LLC and WILLIAM CRENSHAW    DEFENDANTS

**AFFIDAVIT OF ANAND LALAJI, M.D. IN RESPONSE TO SANCTIONS MOTION**
*** *** ***

Comes now your affiant, Anand Lalaji, M.D., and for his Affidavit in response to plaintiffs' pending Motion for Sanctions alleging witness tampering and/or interference, herewith states under oath and upon penalty of perjury as follows:

1.  Your affiant is a licensed physician having been licensed to practice medicine for approximately 25 years and is board certified in radiology. Your affiant is licensed to practice medicine in 16 states.

2.  Your affiant is a member of the Radiology Group, LLC and is a defendant in the herein action. Your affiant has personal knowledge of the matters set forth herein.

3.  The Radiology Group, LLC ("TRG") is a party to a contract with Radiology Associates of Wyoming Valley, Inc. ("RAWV") whereby TRG provides teleradiology services for


EXHIBIT 1

compensation. The contract was entered into in 2017. A true redacted copy of the contract is attached at Exhibit 1. Dr. Satish Patel is upon information and belief a principal in RAWV.

4. Your affiant recently learned that Dr. Satish Patel has committed to testify for plaintiffs in this case subject to pending defense objections. To this date, your affiant has no information as to the particulars of Satish Patel's putative testimony, only that it is expected to relate to so-called billing customs in rural areas. The disclosure provided by plaintiffs is a mere one line note that states nothing of substance.

5. On or about May 5, 2023, your affiant contacted Dr. Patel via email to inquire about the substance of his proposed testimony in this case. My email is attached at Exhibit 1 along with a history of prior emails with Satish and his organization that demonstrate some of the history of the relationship.

6. Inasmuch as TRG and RAWV are parties to an existing, ongoing contract that predated this litigation, your affiant as principal and managing member of TRG owed a duty to TRG and was most certainly entitled to make inquiry of Satish Patel as to what exactly he proposes to testify to, whether or not the plaintiffs have interfered with the parties preexisting contract, and to determine whether or not the parties' interests are now directly hostile to one another.

7. TRG cannot blindly carry on in perpetuity in a contractual relationship with persons and entities that may be directly hostile to its interests. Your affiant is obligated and duty bound to protect TRG's contractual interests and to make inquiry under the circumstances as to what exactly Satish Patel proposes to testify to.

8. I did not intend my communication to be interpreted as a threat. My communication was not a threat nor was it intended to be viewed as a threat. Even more importantly, I did not intend to influence the testimony of Dr. Patel in any way, shape or form. Rather, the sole and

exclusive purpose of my communication was to make limited inquiry of the subject matter stated herein. To the extent Dr. Patel interpreted my communication in any way other than this sole stated goal, he is simply mistaken.

9. I have reviewed, in detail, Plaintiffs' filing asking the Court to issue sanctions for this communication. I respectfully, but adamantly disagree with Mr. Maclin's mischaracterization of the communication. Having little to no familiarity with the long-standing business relationship between Dr. Patel and myself, Mr. Maclin is understandably not in a position to appreciate the context of my inquiry to Dr. Patel.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DR. ANAND LALAJI, MD

STATE OF GEORGIA
COUNTY OF Fulton

SUBSCRIBED, SWORN TO, and ACKNOWLEDGED before me by Dr. Anand Lalaji, M.D., known to me personally or who first properly identified himself this the 10 day of May 2023.

NOTARY PUBLIC
Kimberly Melioris
NOTARY PRINTED NAME
My commission expires July 28, 2026
Notary ID
Respectfully submitted,



HAMM, MILBY & QUINNS, PLLC
120 NORTH MAIN STREET

Page 3 of 4

LONDON, KY 40741
EMAIL: aaron@hmrkylaw.com
PHONE: 606-864-4126
FAX: 606-878-8144
*Counsel for defendants, Gram Resources, Inc;
Hazard Radiology Associates, Inc.; Anand Lalaji,
M.D.; TRG Holdings G & H, LLC; and
The Radiology Group, LLC*

BY: /s/ R. Aaron Hostettler
    HON. R. AARON HOSTETTLER
    HON. JAMES MILBY RIDINGS
    HON. KELSEY LEE BRYANT

CERTIFICATE OF SERVICE:

    I hereby certify that a copy of the foregoing Motion was electronically filed with the Clerk of the Court by using the E-filing system and that a true and accurate copy of the foregoing has been served via the E-filing system and/or via first class U.S. Mail on the following:

COPY TO:

Hon. Robert E. Maclin III
Hon. Lisa English Hinkle
Hon. Luke Morgan
McBrayer, PLLC
201 East Main Street, Suite 900
Lexington, KY 40507

Hon. Barry Hunter
Frost Brown Todd, LLC
250 W. Main Street, Suite 2800
Lexington, KY 40507

Hon. Kimberly Childers, Judge
c/o angelashort@kycourts.net

    This __10th__ day of May 2023.

                                  /s/ R. Aaron Hostettler
                                  OF COUNSEL FOR DEFENDANTS

COMMONWEALTH OF KENTUCKY
33rd JUDICIAL DISTRICT
PERRY CIRCUIT COURT
CIVIL ACTION NO. 21-CI-00221
*SPECIAL JUDGE HON. KIMBERLY CHILDERS*

**_ELECTRONICALLY FILED_**

ASHOKKUMAR R. PATEL, M.D.
and MAHENDER PAMPATI, M.D.                       **PLAINTIFFS**

VS.

GRAM RESOURCES, INC.;
HAZARD RADIOLOGY ASSOCIATES, INC.;
ANAND LALAJI, M.D.; TRG HOLDINGS G & H, LLC;
THE RADIOLOGY GROUP, LLC and WILLIAM CRENSHAW     **DEFENDANTS**

### AFFIDAVIT OF ANAND LALAJI, M.D. IN OPPOSITION TO PLAINTIFFS' SECOND MOTION FOR SANCTIONS
\*\*\* \*\*\* \*\*\*

Comes now the defendant, Anand Lalaji, M.D., in person, and for his Affidavit in opposition to plaintiffs' second Motion for Sanctions, herewith states under oath and upon penalty of perjury as follows:

1. Your affiant, Anand Lalaji, M.D., is a licensed physician having been licensed to practice medicine in multiple states including the state of Georgia and is board certified in radiology.

2. Your affiant has been wrongfully named as an individual defendant in this case, is over the age of eighteen (18), is under no legal disability, and has personal knowledge of the matters set forth herein.

3. After becoming aware that the plaintiffs Ashokkumar Patel, M.D. and Mahender Pampati, M.D. had turned over their signature credentials to secretaries and administrative

Page **1** of **5**


EXHIBIT 2

assistants and had empowered and directed those assistants to sign their names to radiology reads submitted to the Centers for Medicare/Medicaid Services ("CMS") in connection with fee for services billing to CMS in violation of well-established CMS policies and procedures set forth within the Medicare Program Integrity Manual ("the Manual"), the defendants self-reported the violation of the plaintiffs' violation of the Manual to the Department of Health and Human Services ("HHS") Office of Inspector General ("OIG") self disclosure Protocol ("the Protocol").

4.  In response to that initial disclosure, on or near March 18, 2022, the OIG responded in writing that the defendants' submission had not been accepted. The OIG was careful to state that *"by declining to accept this submission into the Protocol, the OIG is not expressing an opinion regarding the conduct disclosed or your legal position."*

5.  After the OIG self-disclosure Protocol declined acceptance of the initial reporting, your Affiant was informed and verily believes that Ms. Selma Tinnell, a former employee of The Radiology Group, LLC ("TRG") resubmitted the self-disclosure to the Protocol.

6.  Since that resubmission, Ms. Tinnell's position with The Radiology Group was eliminated and she has separated from her employment with The Radiology Group, LLC.

7.  Upon Ms. Tinnell's separation, consistent with TRG employment practices, TRG's email servicing provider purged Ms. Tinnell's email account and all of her emails were at that time deleted as a result.

8.  The defendants are in the process of attempting to locate the resubmission of the self-disclosure to the OIG Protocol. If same can be located, it will be produced in accordance with the standing protective order in this case.

9.  When your affiant testified in his depositions to his belief that the defendants did in fact self-disclose the Medicare fraud perpetrated by the plaintiffs to the HHS/OIG self-

Page 2 of 5

disclosure Protocol, this testimony was based upon your affiant's understanding that after the initial submission was not accepted, the defendants through former TRG employee Selma Tinnell resubmitted the disclosure to the self-reporting Protocol and that the resubmission was in fact accepted and that the defendants are awaiting the OIG's investigation into the matter. Your affiant understands that these investigations can take years.

10. At no time has your affiant provided any false or misleading testimony to this Court or any Court. Your affiant has never intentionally misrepresented any fact to this Court whatsoever.

11. While the defendants have not been able to yet locate the resubmission which Selma Tinnell was directed to resubmit to the OIG self-reporting Protocol, Ms. Tinnell was instructed to resubmit the self-disclosure report and your affiant understands and verily believes that same has in fact occurred and that the matter is now submitted to HHS / OIG for investigation.

12. Your affiant categorically denies all allegations of the plaintiffs' within the second Motion for Sanctions. Your affiant has provided no materially false or misleading information or testimony whatsoever to this Court at any time and the Motion for Sanctions is without merit.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DR. ANAND LALAJI, MD

Page 3 of 5

STATE OF GEORGIA
COUNTY OF __Fulton__

SUBSCRIBED, SWORN TO, and ACKNOWLEDGED before me by Dr. Anand Lalaji, M.D., known to me personally or who first properly identified himself this the _16_ day of May 2023.



_Kimberly Meliors_
NOTARY PUBLIC
Kimberly Meliors
NOTARY PRINTED NAME
My commission expires _July 28, 2026_
Notary ID _____

Respectfully submitted,

HAMM, MILBY & RIDINGS, PLLC
120 NORTH MAIN STREET
LONDON, KY 40741
EMAIL: aaron@hmrkylaw.com
PHONE: 606-864-4126
FAX: 606-878-8144
*Counsel for defendants, Gram Resources, Inc; Hazard Radiology Associates, Inc.; Anand Lalaji, M.D.; TRG Holdings G & H, LLC; and The Radiology Group, LLC*

BY: /s/ R. Aaron Hostettler
    HON. R. AARON HOSTETTLER
    HON. JAMES MILBY RIDINGS
    HON. KELSEY LEE BRYANT

CERTIFICATE OF SERVICE:

I hereby certify that a copy of the foregoing Motion was electronically filed with the Clerk of the Court by using the E-filing system and that a true and accurate copy of the foregoing has been served via the E-filing system and/or via first class U.S. Mail on the following:

COPY TO:

Hon. Robert E. Maclin III
Hon. Lisa English Hinkle
Hon. Luke Morgan

McBrayer, PLLC
201 East Main Street, Suite 900
Lexington, KY 40507

Hon. Barry Hunter
Frost Brown Todd, LLC
250 W. Main Street, Suite 2800
Lexington, KY 40507

Hon. Kimberly Childers, Judge
c/o angelashort@kycourts.net

This __16th__ day of May 2023.

/s/ R. Aaron Hostettler
OF COUNSEL FOR DEFENDANTS

Page 5 of 5