# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| EMELITA AYOS, M.D.         ) | |
| )  | |
|    Plaintiff         ) | |
| )  | Case No: 6:23-cv-00012-CHB-HAI |
| VS.         ) | |
| )  | |
| )  | |
| THE RADIOLOGY GROUP, LLC,         ) | |
| GRAM RESOURCES, INC.,         ) | |
| HAZARD RADIOLOGY ASSOCIATES, INC.   ) | *ELECTRONICALLY FILED* |
| TRG HOLDINGS G&H, LLC,         ) | |
| and         ) | |
| ANAND LALAJI, M.D.         ) | |
| )  | |
|    Defendants         ) | |

-----------------------------------------------------

### ORDER STRIKING EXHIBITS FIVE AND SIX TO PLAINTIFF'S STATEMENT REGARDING SANCTIONS
\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the Motion of the defendants seeking the entry of an Order striking Exhibits 5 and 6 from the plaintiff's Statement Regarding Sanctions [D.E. 31] and the Court having considered the Motion and the Response thereto and it appearing that the matters raised in Exhibits 5 and 6 pertain to unrelated litigation pending in Perry Circuit Court and that the matters described in said exhibits have not been ruled upon and are contested on the merits by Affidavit or otherwise, and it appearing to the Court that the matters described in Exhibits 5 and 6 would not be helpful to the Court's adjudication of the sanctions issue, **IT IS HEREBY ORDERED** that the Motion is **SUSTAINED** and Exhibits 5 and 6 attached to the plaintiff's Statement Regarding Sanctions [D.E. 31] are hereby **STRICKEN.**