UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| **Emelita Ayos, MD** )<br>)<br>)<br>**Plaintiff** )<br>)<br>**v.** )<br>)<br>)<br>)<br>)<br>**THE RADIOLOGY GROUP, LLC,** )<br>**et al.** )<br>)<br>)<br>)<br>**Defendants** ) | 6:23-cv-12-CHB-HAI<br><br>**PLAINTIFF'S RESPONSE<br>TO DEFENDANTS' MOTION<br>TO STRIKE EXHIBITS** |

Comes Plaintiff, Emelita Ayos, M.D. in response to Defendants' Motion to Strike Exhibits Five and Six of Plaintiff's Statement Regarding Sanctions [D.E. 32].

1. Plaintiff tendered Exhibits 5 and 6 (the "Exhibits") because they pertain to conduct of the same defendants in the same case this Court previously found pertinent to its decision relative to awarding costs and sanctions.

2. The Exhibits illustrate Defendants' *modus operandi* of disregarding clear legal principles and taking actions to hinder, delay, and undermine the rule of law which are relevant issues before this Court in deciding Defendants' sanctions. As such, the Exhibits are admissible (to whatever extent the Court wants to consider them) under FRE 404(b)(2) and FRE 406.

3. Defendants previously moved to strike an Order issued by Judge Wier. Defendants told the Court in that motion that "Plaintiff's exhibit is frivolous and acts only to mislead and misrepresent to the Court the purpose of this entirely separate cause of action." [D.E. 17, at 1] This Court denied that motion stating that Judge' Wier's Order "directly addressed the precise issue present in this matter[.]" [D.E. 27, at 1] Similarly, providing the Court with public pleadings in a

1

case involving the same defendants on issues pertinent to the Court's decision making process in this matter is not improper and is not a basis to strike the Exhibits.

4. Plaintiff requests leave to supplement her fee request to incorporate attorneys' fees incurred in answering this motion because the motion is directly related to the improper removal of this case and is consistent with the parameters established by this Court at D.E. 30.

Respectfully submitted,

*s/Daniel Luke Morgan*
Daniel Luke Morgan, KBA #83181
Cynthia Effinger, KBA #87298
Brittany Deskins, KBA #95907
McBrayer PLLC
201 E. Main Street, Suite 900
Lexington, KY 40507
Email: lmorgan@mcbrayerfirm.com
ceffinger@mcbrayerfirm.com
bdeskins@mcbrayerfirm.com
Counsel For Plaintiff, Emelita Ayos, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2023, I electronically filed this Motion with the clerk of the Court, which will send electronic notice to all counsel of record.

*/s/ Daniel Luke Morgan*
Daniel Luke Morgan, KBA #83181
*Counsel for Plaintiff, Emelita Ayos, M.D.*

2