UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| **Emelita Ayos, MD** ) | |
| ) | |
| **Plaintiff** ) | 6:23-cv-12-CHB-HAI |
| ) | |
| v. ) | |
| ) | **ORDER DENYING** |
| ) | **DEFENDANTS' MOTION** |
| ) | **TO STRIKE EXHIBITS** |
| **THE RADIOLOGY GROUP, LLC,** ) | |
| **et al.** ) | |
| ) | |
| **Defendants** ) | |

Defendants motion to strike exhibits (D.E. 32) is hereby DENIED.

Plaintiff is GRANTED leave to supplement her attorney fee request to address the response she provided, and further such supplementation shall be permitted upon a pleading-by-pleading basis upon request for leave by Plaintiff and Order of the Court.

1