UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| EMELITA AYOS, M.D., | ) | |
| Plaintiff, | ) | No. 6:23-CV-12-CHB-HAI |
| v. | ) | |
| TRG HOLDINGS G&H, LLC, *et al.*, | ) | ORDER |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

On April 11, 2023, Plaintiff, through counsel, filed an itemization of attorney's fees and sanctions. D.E. 31. On May 25, Defendant responded in opposition. D.E. 34. To ensure a complete record, **IT IS HEREBY ORDERED THAT** Plaintiff **SHALL REPLY** on the itemization (D.E. 31) on or before **Monday, June 5, 2023**.

This the 26th day of May, 2023.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge

1