# Exhibit 1

COMMONWEALTH OF KENTUCKY
PERRY CIRCUIT COURT
CASE NO.: 22-CI-00023

EMELITA AYOS, M.D.                                                                                         PLAINTIFF

v.   **PLAINTIFF'S RESPONSES TO SECOND SET OF REQUESTS FOR ADMISSIONS**

THE RADIOLOGY GROUP, LLC,
GRAM RESOURCES, INC.,
HAZARD RADIOLOGY ASSOCIATES, INC.,
TRG HOLDINGS G&H, LLC,
and
ANAND LALAJI, M.D.,                                                                                      DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \*

Comes Plaintiff, by counsel, and answers Defendants' Second Set of Requests for Admissions as follows.

### REQUESTS FOR ADMISSION

**REQUEST NO. 1**:  Admit that the total amount sought by Plaintiff, Emelita Ayos, in this lawsuit against the Defendants, The Radiology Group, LLC, Anand Lalaji, M.D., Gram Resources, Inc., Hazard Radiology Associates, Inc., and TRG Holdings G&H, LLC, exceeds or will exceed $75,000.00, exclusive of interest and costs.

**RESPONSE**:  Admit.

**REQUEST NO. 2**:  Admit that the amount in controversy in this matter exceeds the sum of $75,000.00, exclusive of interest and cost.

**RESPONSE**:  Admit

**REQUEST NO. 3**:  Please admit the total amount sought by Plaintiff, Emelita Ayos, in this lawsuit against Defendants, The Radiology Group, LLC, Anand Lalaji, M.D., Gram Resources, Inc., Hazard Radiology Associates, Inc., and TRG Holdings G&H, LLC, currently exceeds $75,000.00, exclusive of interest and costs.

    **RESPONSE**:  Admit

**REQUEST NO. 4**:  Admit that the damages alleged in Plaintiff's Complaint exceed $75,000.00, exclusive of interest and cost.

    **RESPONSE**:  Admit

**REQUEST NO. 5**:  Admit that Plaintiff, by counsel, represented to the Perry Circuit Court at a hearing on October 14, 2022, to seeking damages of at least $150,000 in this matter.

    **RESPONSE**:  Admit

**REQUEST NO. 6**:  Admit that this case satisfies the "amount in controversy" requirements of 28 U.S.C. § 1332.

    **RESPONSE**:  Deny

**REQUEST NO. 7**:   Admit that Plaintiff, Emelita Ayos, is seeking an award of more than $75,000.00, exclusive of interest and cost, to satisfy all of the claims stated in the Complaint.

    **RESPONSE**:  Admit

**REQUEST NO. 8**:  Admit that the total amount sought by Plaintiff, Emelita Ayos, in this lawsuit against Defendants, The Radiology Group, LLC, Anand Lalaji, M.D., Gram Resources, Inc., Hazard Radiology Associates, Inc., and TRG Holdings G&H, LLC, does not and will never exceed $75,000.00, exclusive of interest and cost.

    **RESPONSE**:  Deny

**REQUEST NO. 9**:  Admit that the damages alleged in Plaintiff's Complaint do not exceed $75,000.00, exclusive of interest and costs.

    **RESPONSE**:  Deny

**REQUEST NO. 10**:  Admit the total amount currently sought by Plaintiff, Emelita Ayos, against Defendants, The Radiology Group, LLC, Anand Lalaji, M.D., Gram Resources, Inc., Hazard Radiology Associates, Inc., and TRG Holdings G&H, LLC, does not exceed $75,000.00, exclusive of interest and costs.

    **RESPONSE**:  Deny

**REQUEST NO. 11**:  Admit that the amount in controversy in this matter does not exceed the sum of $75,000.00, exclusive of interests and costs.

    **RESPONSE**:  Deny

**REQUEST NO. 12**:  Admit that this case does not satisfy the "amount in controversy" requirements of 28 U.S.C. § 1332.

    **RESPONSE**:  Deny

**REQUEST NO. 13**:  Admit that Plaintiff, Emelita Ayos, will not seek damages in this case in excess of $75,000.00, exclusive of interest and costs.

    **RESPONSE**:  Deny

**REQUEST NO. 14**:  Admit that the Plaintiff, Emelita Ayos, is not seeking an award in this case of more than $75,000.00.

    **RESPONSE**:  Deny

**REQUEST NO. 15**:  Admit that Plaintiff, Emelita Ayos, will stipulate to a cap on damages not to exceed $75,000.00.

    **RESPONSE**:  Deny

**REQUEST NO. 16**:  Admit that Plaintiff, Emelita Ayos, will not stipulate to a cap on damages not to exceed $75,000.00.

    **RESPONSE**:  Admit

**REQUEST NO. 17**:  Admit that the Plaintiff, Emelita Ayos, will not accept more than $75,000.00 in this matter and that, if a judge or jury returns a verdict in excess of $75,000.00, the Plaintiff, Emelita Ayos, will agree to a remittitur to or less than $75,000.00.

    **RESPONSE**:  Deny

    Respectfully submitted,

    /s/ Luke Morgan,
    Luke Morgan, KBA #83181
    Cynthia Effinger, KBA #87298
    Brittany Deskins, KBA #95907
    McBrayer PLLC

>201 E. Main Street, Suite 900
>Lexington, KY  40507
>Email: lmorgan@mcbrayerfirm.com
>ceffinger@mcbrayerfirm.com
>bdeskins@mcbrayerfirm.com
>*Counsel For Plaintiff, Emelita Ayos, MD*

## **CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing has been served this 20 day of December 2022, by electronic mail and by first-class, U.S. Mail, Postage prepaid upon the following:

Donald L. Miller, Esq.
Ethan F. Johnson, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
2452 Sir Barton Way, Suite 300
Lexington, Kentucky 40509
ethan.johnson@qpwblaw.com
dmiller@qpwblaw.com
inga.fonov@qpwblaw.com
*Counsel for Defendants*

>/s/ Luke Morgan_____
>Luke Morgan, KBA #83181
>*Counsel for Plaintiff, Emelita Ayos, M.D*