# Exhibit 2

COMMONWEALTH OF KENTUCKY
PERRY CIRCUIT COURT
CIVIL ACTION NO. 22-CI-00023

**EMELITA AYOS, M.D.**                                                              **PLAINTIFF**

v.            **ORDER DENYING MOTIONS TO QUASH SUBPOENA
AND PROTECTIVE ORDER**

**TRG HOLDINGS G&H, LLC**, *et al.*                                    **DEFENDANTS**

A Motion was made by Defendants for the Court to quash subpoena issued by Plaintiff to Advocate, RCM; Plaintiff has responded; and the Court conducted a hearing on the Motion, January 13, 2023; IT IS HEREBY ORDERED:

Defendants' Motion to quash subpoena is DENIED because additional information is needed from another designated representative from Advocate RCM, LLC, and Defendants have failed to state or demonstrate any privilege it has in this information being produced to Plaintiff. Defendants' Motion for Protective Order is DENIED because Defendants have failed to establish any need to make these records confidential. However, the Court will permit any party to subsequently request the records be made confidential upon a showing of need.

Plaintiff's request for attorney's fees is deferred until the conclusion of this action.

So ordered this 15th day of January, 2023.

_____
Hon. Alison Wells, Judge Perry Circuit Court.

**CLERK'S CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically via the Kentucky Courts e-filing system and via electronic mail on this 23 day of January, 2023, upon the following:

Donald L. Miller, Esq.
Ethan F. Johnson, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
2452 Sir Barton Way, Suite 300
Lexington, Kentucky 40509
ethan.johnson@qpwblaw.com
*Counsel for Defendants*

Luke Morgan, Esq.
Cynthia Effinger, Esq.
Brittany L. Deskins, Esq.
MCBRAYER PLLC
201 East Main Street, Suite 900
Lexington, Kentucky 40507
lmorgan@mcbrayerfirm.com
*Counsel for Plaintiff*

_____
Clerk, Perry Circuit Court