UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| EMELITA AYOS, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:23-CV-12-CHB-HAI |
| | ) | |
| v. | ) | |
| | ) | |
| TRG HOLDINGS G&H, LLC, *et al.*, | ) | |
| | ) | ORDER |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The specified relief sought in this matter following District Judge Boom's adoption of the undersigned's recommendation regarding remand has revealed a basis for disqualification under 28 U.S.C. § 455(a). **IT IS HEREBY ORDERED THAT**, in accordance with paragraph 8 of General Order 23-10, this matter is **REASSIGNED** to Magistrate Judge Edward B. Atkins.

This the 5th day of June, 2023.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge

1