ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO.: 6:23-cv-12-CHB-HAI

EMELITA AYOS, M.D.                                                                                  PLAINTIFF

v.                                       **NOTICE OF COMPLIANCE**

THE RADIOLOGY GROUP, LLC;
TRG HOLDINGS G&H, LLC;
ANAND LALAJI, M.D.;
GRAM RESOURCES, INC.;
HAZARD RADIOLOGY ASSOCIATES, INC.;
ANAND LALAJI, M.D.in his capacity as REGISTERED AGENT of
THE RADIOLOGY GROUP, LLC;                                                                       DEFENDANTS

* * * * * * * * *

Ethan F. Johnson, on behalf of the firm of Quintairos, Prieto, Wood & Boyer, P.A. hereby files notice of compliance with Court's Report and Recommendation (DE 40) and Order Adopting (DE 41) as to Plaintiff Emelita Ayos's motion for attorney's fees (DE 10).

The firm of Quintairos, Prieto, Wood & Boyer, P.A. made the following payment to counsel of record for Plaintiff:

1. On June 29, 2023, the Court awarded payment to counsel for Plaintiff in the amount of $16,149.50 as costs and sanctions jointly and severally the firm of Quintairos, Prieto, Wood & Boyer, P.A. and Anand Lalaji, M.D.

2. On July 31, 2023, the firm of Quintairos, Prieto, Wood & Boyer, P.A. delivered to counsel for Plaintiff a check in the amount of $16,149.50. A copy of the check and receipt confirming this transaction are attached hereto as Exhibit 1.

Respectfully submitted,

*/s/ Ethan F. Johnson*_____
Ethan F. Johnson
Quintairos, Prieto, Wood & Boyer, P.A.
444 East Main Street, Ste. 201
Lexington, Kentucky 40507
(859) 226-005
Facsimile: (859) 226-0059
ethan.johnson@qpwblaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2023, I electronically filed the foregoing with the Clerk of the Court by using the ECF system. I further certify that on July 31, 2023, a true and accurate copy of the foregoing was served via email and/or U.S. mail, first class, postage prepaid, upon Plaintiff at:

Hon. Luke Morgan
Hon. Cynthia Effinger
Hon. Brittany Deskins
MCBRAYER, PLLC
201 East Main Street, Ste. 900
Lexington, KY 40507
*Counsel for Plaintiff*

Dr. Anand Lalaji
210 Black Gold Blvd., Suite 109, Box 9
Hazard, KY, 41701

Dr. Anand Lalaji
3475 Piedmont Rd NE,
Suite 1150, Atlanta, GA 30305

*/s/ Ethan F. Johnson*

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Quintairos Prieto Wood & Boyer P.A.**
OPERATING DISBURSEMENTS ACCOUNT
9200 SOUTH DADELAND BLVD, SUITE 100
MIAMI, FL 33156

EXHIBIT 1

14822

Date: July 26, 2023

PAY  Sixteen thousand one hundred forty-nine and 50/100***********************************************   $***16,149.50***

TO THE ORDER OF
McBrayer PLLC
201 East Main Street, Suite 900
Lexington, KY  40507

*signature: Eric Boyer*

Memo:

*R400553*

## RECEIPT

As an employee of McBrayer PLLC, I acknowledge receipt of Quintairos, Prieto, Wood, & Boyer, P.A. Check #14822 payable to "McBrayer PLLC", in the amount of Sixteen Thousand One Hundred Forty-Nine Dollars and Fifty Cents ($16,149.50).

DATE: 07/31/2023

*Lydia K. Tharp*
SIGNATURE

Lydia K. Tharp,
PRINTED NAME

legal assistant to attorney Luke Morgan